JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ARTHUR GANDARA,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOME, ET AL.,<br><br>    Defendant(s). | Case No. EDCV 21-1616-SVW (KK)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: February 1, 2022

_____
HONORABLE STEPHEN V. WILSON
United States District Judge